```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney        E-FILED 07/31/09
 5  Chief, Asset Forfeiture Section
        Federal Courthouse, 14th Floor      JS-6
 6      312 North Spring Street
        Los Angeles, California 90012
 7      Telephone:  (213) 894-6166
        Facsimile:  (213) 894-7177
 8      E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CV 08-08239-PSG (VBKx) |
| Plaintiff, | ) | |
| | ) | [P~~ROPO~~SED] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $19,168.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SAN LUC MOI, | ) | |
| | ) | |
| Claimant. | ) | |

This action was filed on December 15, 2008. Notice was given and published in accordance with law. San Luc Moi ("claimant") filed a statement identifying right or interest on February 24, 2009, and an answer on March 16, 2009, claiming $7,000.00 of the defendant currency. No other statements of interest or answers have been filed, and the time for filing

statements and answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimant San Luc Moi are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $15,668.00 of the defendant currency and all interest earned on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. The remaining $3,500.00 of the defendant currency, without interest, shall be returned to claimant in care of her attorney, Alex R. Kessel.  Said funds shall be forwarded by check made payable to "Alex R. Kessel Attorney-Client Trust Account," and shall be mailed to Alex R. Kessel, Esq., 16000 Venture Boulevard, Penthouse Suite 1208, Encino, California 91436; (818) 995-1422.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, as well as the

agents, officers, and employees of the state and local law enforcement agencies involved in the seizure of the defendant currency, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465(b) or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: July 31, 2009

_____
THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

_____
ALEX R. KESSEL
Attorney for Claimant San Luc Moi